**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (If known): _____ Chapter __7__

FILED
APR 15 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual                    12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Siamak
   First name

   _____
   Middle name

   Iravantchi
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   Sam Iravantchi
   ~~Shamira Ghaem-Maghami~~  NJY
   Design Catapult

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   XXX – XX – ___ ___ ___ ___       OR       9 XX – XX – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Debtor  Siamak Iravantchi                                    Case number (if known) _____

6. **Debtor's address**

   **Principal residence**

   30 Dreamlight
   Number    Street

   Irvine              CA    92603
   City                State  ZIP Code

   Orange
   County

   **Principal place of business**

   12 Castlebar
   Number    Street

   Irvine              CA    92618
   City                State  ZIP Code

   Orange
   County

   **Mailing address, if different from residence**

   17361 Newhope Street
   Number    Street

   Fountain Valley     CA    92708
   City                State  ZIP Code

7. **Type of business**

   ☐ Debtor does not operate a business

   *Check one if the debtor operates a business:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ None of the above

8. **Type of debt**

   **Each petitioner believes:**

   ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

   ☐ No
   ☑ Yes. Debtor  Nathan Ivan Young                Relationship  Judgment Creditor
              District  Central        Date filed  08/25/2009   Case number, if known  8:09-bk-18934
                                        MM / DD / YYYY

              Debtor  Palak Chopra                   Relationship  Affiliate
              District  Central        Date filed  04/05/2010   Case number, if known  1014367
                                        MM / DD / YYYY

Official Form 105                        Involuntary Petition Against an Individual                        page **2**

Debtor  Siamak Iravantchi                              Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Nathan Ivan Young | Unlawful Detainer - 4/01/2019<br>12 Castlebar @ Irvine 92618 | $ 38,132.31 |
| Lucy Y.C. Young | Forcible Entry - 10/01/2014<br>27 Fresco Irvine, CA 92603 | $ 1,121,538.40 |
| ~~Nelson N.T. Young~~ NIY<br>The Nelson Family Trust | ForcibleDetainer - 10/01/2014<br>27 Fresco Irvine, CA 92603 | $ 1,121,538.40 |
| | Total | $ 2,281,209.11 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor    Siamak Iravantchi                                              Case number (if known)_____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_
Signature of petitioner or representative, including representative's title

Nathan Ivan Young
Printed name of petitioner

Date signed    04/12/2019
               MM / DD / YYYY

**Mailing address of petitioner**

P.O. Box 14553
Number    Street

Irvine                      CA        92623
City                        State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    (949) 812-2121
Email            reinnovation@gmail.com


**Attorneys**

X _[signature]_
Signature of attorney

Self-Represented Petitioner
Printed name

Real Estate Innovation Group
Firm name, if any

18100 Von Karman Ave., Ste. 850
Number    Street

Irvine                      CA        92612
City                        State     ZIP Code

Date signed    _____
               MM / DD / YYYY

Contact phone (949) 812-2121    Email reinnovation@gmail.com


**Name and mailing address of petitioner's representative, if any**

Real Estate Innovation Group
Name

18100 Von Karman Ave., Ste 850
Number    Street

Irvine            Ca         92612
City              State      ZIP Code

Debtor **Siamak Iravantchi**　　　　　　　Case number *(if known)*_____

✗ _[signature]_

Signature of petitioner or representative, including representative's title

**Lucy Y.C. Young**
Printed name of petitioner

Date signed  04/12/2019
　　　　　　MM / DD / YYYY

**Mailing address of petitioner**

P.O. Box 14553
Number    Street

Irvine　　　　　　　CA　　92623
City　　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City　　State ZIP Code

✗ _[signature]_

Signature of Attorney

**Self-Represented Petitioner**
Printed name

c/o Real Estate Innovation Group
Firm name, if any

18100 Von Karman Ave., Ste. 850
Number    Street

Irvine　　　　　　　CA　　92612
City　　　　　　　　State　　ZIP Code

Date signed  _____
　　　　　　MM / DD / YYYY

Contact phone (949) 812-2121   Email reinnovation@gmail.com

---

✗ _[signature]_  NIY

Signature of petitioner or representative, including representative's title

~~Nelson N.T. Young~~  The Nelson Family Trust
Printed name of petitioner

Date signed  04/12/2019
　　　　　　MM / DD / YYYY

**Mailing address of petitioner**

18100 Von Karman Ave., Ste. 850
Number    Street

Irvine　　　　　　　CA　　92612
City　　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nathan Ivan Young
Name

P.O. Box 14553
Number    Street

Irvine　　　　　　　CA　　92623
City　　　　　　　　State　　ZIP Code

✗ _[signature]_

Signature of Attorney

**Self-Represented Petitioner**
Printed name

c/o Real Estate Innovation Group
Firm name, if any

18100 Von Karman Ave., Ste. 850
Number    Street

Irvine　　　　　　　CA　　92612
City　　　　　　　　State　　ZIP Code

Date signed  _____
　　　　　　MM / DD / YYYY

Contact phone (949) 812-2121   Email reinnovation@gmail.com

---

Official Form 105　　　Involuntary Petition Against an Individual　　　page **5**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>SIAMAK IRAVANTCHI | CASE NO.:<br><br>**STATEMENT PURSUANT**<br>**F.R.B.P. RULE 1003(a)** |
|---|---|

I certify under penalty of perjury that:

1. The 03/14/2019 at 06:55:56 PM Application for Writ of Possession Unlawful Detainer (i.e. Judge Case Transfer) in Superior Court Case No. 07HL04310 was not transferred by me for the purpose of commencing this Involuntary Petition against an Individual named Siamak Iravantchi. A true and correct copy is attached hereto as Exhibit A and incorporated herein by reference.

2. The 03/20/2019 at 12:27:32 PM Declaration and Order for Writ of Execution / Possession / Sale (Civil Actions) is based on a Formal Money Judgment that is Statutorily Fixed. It is not the subject of a bonafide dispute as to liability or amount. The daily interest accruing is $9,864.61. A true and correct copy is attached hereto as Exhibit B and incorporated herein by reference.

3. On or about April 1, 2019, the Debtor Siamak Iravantchi has defaulted on his current obligation to pay $38,132.31 for the credit of rent due, and on or about May 1, 2019, the Debtor Siamak Iravantchi is going to default on another obligation of $38,132.31 for the credit of rent due.

4. California Civil Code § 1951.4 states that "...the lessor may enforce all the lessor's rights and remedies under the lease, including the right to recover the rent as it becomes due under the lease..."

5. It is my understanding that one of the purposes of the bankruptcy proceeding is the equal treatment of Creditors without discrimination to a Disabled Person holding a secured claim against the Debtor Siamak Iravantchi

Dated: April 12, 2019

_____
Nathan Ivan Young, Self-Represented Petitioner

| Debtor Siamak Iravantchi | Case No. | L-1051 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Nathan Ivan Young    N/A<br>dba Real Estate Innovation Group<br>18100 Von Karman Ave., Ste. 850 Irvine, CA 92612<br>TELEPHONE NO.: (949) 812-2121    FAX NO. *(Optional)*: (949) 606-9199<br>E-MAIL ADDRESS *(Optional)*: reinnovation@gmail.com<br>ATTORNEY FOR *(Name)*: Self-Represented Plaintiff as Cross-Complainant | *FOR COURT USE ONLY*<br>**ELECTRONICALLY RECEIVED**<br>Superior Court of California,<br>County of Orange<br>03/14/2019 at 06:55:56 PM<br>Clerk of the Superior Court<br>By Susan Herrera, Deputy Clerk |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>JUSTICE CENTER:<br>☑ Central – 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Harbor – 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th St., Westminster, CA 92683-4593 | |
| PLAINTIFF: Nathan Ivan Young ("Cross-Complainant")<br><br>DEFENDANT: Siamak Iravantchi, Shamira Ghaem Maghami, Et al. | CASE NUMBER:<br>07HL04310 |
| **APPLICATION FOR WRIT OF POSSESSION**<br>**UNLAWFUL DETAINER** | Unlimited civil actions only. Case assigned to:<br>Judge: Asst. Presiding Honor. Erick L. Larsh<br>Department: C1<br>Date complaint filed: January 13, 2014<br>Hearing/trial date<br>————————— Judge Case Transfer |

I am the ☑ plaintiff ☐ plaintiff's attorney   in the above entitled action and hereby apply for a Writ of Possession under Sections 712.010 and 715.010 of the Code of Civil Procedure.

The daily rental value of the property at issue as of the date the complaint for unlawful detainer was filed is $_____1,271.07_____. A true and correct copy of STIPULATION-Civil Harassment is attached hereto as Exhibit 12 - ¶ 38.C and incorporated herein by reference.

☐ A Prejudgment Claim of Right to Possession has been served in compliance with Section 415.46 of the Code of Civil Procedure. The writ shall apply to all tenants, subtenants, named claimants, and other occupants of the premises.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:___March 14, 2019___

_____Nathan Ivan Young_____
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY)

---

Approved for Optional Use<br>L-1051 (Rev. July 1, 2013) | **APPLICATION FOR WRIT OF POSSESSION**<br>**UNLAWFUL DETAINER** | Code of Civil Procedure,<br>§§ 712.010, 715.010, 415.46

# Exhibit A

# Exhibit 12 - ¶ 38 (Mediation) C. #12

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
- ☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
- ☐ Harbor-Laguna Hills Facility-23141 Moulton Pkwy., Laguna Hills, CA 92653
- ☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
- ☐ North -1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
- ☐ West - 8141 13th Street, Westminster, CA 92683-4593

FOR COURT USE ONLY
FILED
SUPERIOR COURT OF CALIF.
COUNTY OF ORANGE
NOV 14 2018
D.H. YAMASAKI, Clerk of the Court
BY: _____ DEPUTY

PLAINTIFF: Siamak Iravantchi
DEFENDANT: Lucy Yu Chung Young

**STIPULATION**
Civil Harassment

CASE NUMBER: 2018-01022180-CU-HR-CJC

IT IS STIPULATED by plaintiff: Siamak Iravantchi and
defendant: Lucy Yu Ching Young

☒ Parties agree to the terms stated below. This case shall be dismissed without prejudice, and if the defendant does not comply with the stipulation, the plaintiff must file a new case in order to obtain a restraining order.

☐ [struck-through text]

**PLAINTIFF AND DEFENDANT STIPULATE AS FOLLOWS:**

☒ Lucy Yu Chung Young agree(s) to stay at least (specify): 100 yards away from: Siamak Iravantchi and all other persons named in the Request for Order to Stop Harassment (Shamira Ghaemmaghami)

☒ Lucy Yu Ching Young agree(s) to have no contact (directly or indirectly) with (name): Siamak Iravantchi and all other persons named in the Request for Orders to Stop Harassment. (petitioner's wife)

☒ Other (specify):
- Respondent agrees not to harass, intimidate, molest, attack, strike, stalk, threaten, assault, hit, abuse, destroy personal property of, or disturb the peace of the ~~Petitioner~~ petitioner and petitioner's wife
- Respondent agrees not to contact petitioner in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.
- Respondent shall not use any address associated with petitioner's including without limitation: 30 Dreamlight, Irvine CA 92603, 27 Fresco, Irvine CA, 115 Canyon Creek, Irvine, CA 92603, 17361 Newhope Street Fountain Valley, CA 92708, and 398 Quail Ridge Irvine, CA 92603, 2442 Crescent Oak Irvine, CA.

All parties understand that they give up their rights to: (1) appeal; and (2) notice of dismissal. They further understand that this stipulation is not an actual restraining order and will not be enforced by any law enforcement agencies.

Date: 11/14/18 [signature]
Date: 11-14-2018 [signature]

IT IS SO ORDERED
[signature]
Judge of the Superior Court
SHERRI L. HONER

(SIGNATURE OF PLAINTIFF) [signature]
(SIGNATURE OF DEFENDANT) [signature]

STIPULATION - CIVIL HARASSMENT

Approved for Optional Use
L838 (New July 1, 2005)

# Exhibit A

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
03/20/2019 at 12:27:32 PM
Clerk of the Superior Court
By Susan Herrera, Deputy Clerk

Name, Address and Telephone Number of Attorney(s) or Party Without Attorney

Nathan Young dba R.E. Innovation Group
18100 Von Karman Ave., Ste. 850
Irvine, CA 92612

Space 1

Attorney for: Self-Represent    Attorney Bar #: N/A

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

| Plaintiff(s) | CASE NUMBER |
|---|---|
| Nathan Ivan Young ("Cross-Complainant") | 07HL04310 |
| vs. | DECLARATION AND ORDER FOR WRIT OF EXECUTION / POSSESSION / SALE (CIVIL ACTIONS) |
| Siamak Iravantchi, Shamira Ghaem Maghami | |
| Defendant(s) | |

Nathan Ivan Young dba Real Estate Innovation Group _____ declares under penalty of perjury:

That declarant is **Original Judgment Creditor sued in the name of Nathan Young** in the above-entitled
(Relationship to judgment creditor)
action; that the following (judgment) (order) was made and entered on (date) **10/29/2007 and 03/14/2019**:

For Writ of Possession / Sale: (description of property)

(Residential Lease for 12 Castlebar Irvine, CA 92618 dated January 18, 2007), and

30 Dreamlight
Irvine, CA 92603, County of Orange

☑ continued on attachment.

FOR UNLAWFUL DETAINER CASES ONLY (Check 1 or 2):

1. ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

2. ☑ The Prejudgment Claim to Right of Possession was *not* served in compliance with CCP 415.46.
$ **1,271.07** was the daily rental value on the date the complaint was filed.

Judgment Debtor(s): Siamak Iravantchi, Shamira Ghaem Maghami, Palak Chopra-Law Offices of
Name(s):    Address(es)

Siamak Iravantchi c/o Design Catapult, Inc.    17361 Newhope Street Fountain Valley, CA 92708

Shamira Ghaem Maghami    30 Dreamlight Irvine, CA 92603

Palak Chopra-Law Offices of    201 S. Anita Drive., Ste. 202 Orange, CA 92868

☐ Additional names and addresses of Judgment Debtors on attached sheet.

(Continued on Reverse)

15C (R1/98) DECLARATION AND ORDER FOR WRIT OF EXECUTION / POSSESSION / SALE

Exhibit B

Debtor Siamak Iravantchi                Case No.

(Where payments are ordered to be paid at different times, fill in date below; in other cases, strike out inapplicable portions.) Failure to claim interest shall be deemed a waiver thereof.

That the installments ordered and interest thereon, and the installments paid and interest thereon, are as follows:

| INSTALLMENTS ORDERED PAID | | | INSTALLMENTS ACTUALLY PAID | | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| DATE DUE | AMOUNT | INTEREST | DATE PAID | ON PRINCIPAL | ON INTEREST | ON PRINCIPAL | ON INTEREST |
| 03/14/2019 Amended Nunc Pro Tunc | | | | | | $28,820,020 $36,005,848 | $0.00 |
| 03/15/2019 Amended Nunc Pro Tunc | | | | | | $28,820,020 $36,005,848 | $7,895.08 |
| 03/16/2019 Amended Nunc Pro Tunc | | | | | | $28,820,020 $36,005,848 | $15,790.16 |
| 03/17/2019 Amended Nunc Pro Tunc | | | | | | $28,820,020 $36,005,848 | $23,685.24 |
| 03/18/2019 Amended Nunc Pro Tunc | | | | | | $28,820,020 $36,005,848 | $31,580.32 |
| 03/19/2019 Amended Nunc Pro Tunc | | | | | | $28,820,020 $36,005,848 | $39,475.40 |
| 03/20/2019 and Amended Nunc Pro Tunc as of 03/14/2019 | | | | | | $28,820,020 $36,005,848 | $47,375.34 $47,375.34 |
| 03/21/2019 | | | | | | $36,005,848 | $57,239.95 |

I, ~~the~~ undersigned do hereby declare:

That there is actually due on said (judgment) (order) the sum of $ 36,005,848 principal, $_____

post-judgment costs / attorney fees, and $ 47,375.34 post-judgment interest, for which sum declarant requests that

a writ of execution issue in favor of  Nathan Ivan Young ("Cross-Complainant")  to the Sheriff or any

Marshal or Constable of the County of Orange                          .

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Executed at  Irvine                     , California on (date) March 20, 2019        .

(Signature of Declarant)

Writ of Execution shall issue.

Dated:  March 21, 2019

_____
Judge of the Superior Court

# Exhibit B

Attachment - ¶ 38 Mediator, C. #12

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

JUSTICE CENTER:
- ☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
- ☐ Harbor-Laguna Hills Facility-23141 Moulton Pkwy., Laguna Hills, CA 92653
- ☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
- ☐ North -1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
- ☐ West - 8141 13th Street, Westminster, CA 92683-4593

**PLAINTIFF:** Siamak Iravantchi

**DEFENDANT:** Lucy Yu Chung Young

**STIPULATION — Civil Harassment**

FOR COURT USE ONLY
FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NOV 14 2018
D. H. YAMASAKI, Clerk of the Court
[Deputy]

**CASE NUMBER:** 2018-01022180-CU-HP-CJC

IT IS STIPULATED by plaintiff: **Siamak Iravantchi** and
defendant: **Lucy Yu Chung Young**

☒ Parties agree to the terms stated below. This case shall be dismissed without prejudice, and if the defendant does not comply with the stipulation, the plaintiff must file a new case in order to obtain a restraining order.

☐ [struck through]

PLAINTIFF AND DEFENDANT STIPULATE AS FOLLOWS:

☒ **Lucy Yu Chung Young** agree(s) to stay at least (specify): **100** yards
away from **Siamak Iravantchi** and all other persons named in the Request for Order to Stop Harassment **(Shamira Ghaemmaghami)**

☒ **Lucy Yu Chung Young** agree(s) to have no contact (directly or indirectly) with (name): **Siamak Iravantchi** and all other persons named in the Request for Orders to Stop Harassment. *petitioner's wife*

☒ Other (specify):
- Respondent agrees not to harass, intimidate, molest, attack, strike, stalk, threaten, assault, hit, abuse, destroy personal property of, or disturb the peace of the ~~person~~ petitioner and petitioner's wife
- Respondent agrees not to contact petitioner in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.
- Respondent shall not use any address associated with petitioner's including without limitation: 30 Dreamlight, Irvine CA 92603, 27 Fresco, Irvine CA, 115 Canyon Creek Irvine, CA 92603, 17361 Newhope Street Fountain Valley, CA 92708, and 398 Quail Ridge Irvine, CA 92603, 2442 Crescent Oak Irvine, CA.

All parties understand that they give up their rights to: (1) appeal; and (2) notice of dismissal. They further understand that this stipulation is not an actual restraining order and will not be enforced by any law enforcement agencies.

Date: 11/14/18  [signature]   (SIGNATURE OF PLAINTIFF)

Date: 11-14-2018   IT IS SO ORDERED
[signature]
Judge of the Superior Court
SHERRI L. HONER

(SIGNATURE OF DEFENDANT)

STIPULATION - CIVIL HARASSMENT

Approved for Optional Use
L836 (New July 1, 2005)

## Exhibit B